UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEDRO IZQUIERDO,

    Plaintiff,

v.

M. SPEARS, Warden,

    Defendant.

No. C 15-4870 NC (PR)

**ORDER OF DISMISSAL**

Plaintiff Pedro Izquierdo, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983. On January 6, 2016, the Court dismissed Plaintiff's complaint with leave to amend for failure to name a proper defendant. The Court informed Plaintiff of the deficiency in the complaint, and directed Plaintiff to file an amended complaint within twenty-eight days, or face dismissal of this case. More than twenty-eight days have passed, and Plaintiff has not filed an amended complaint, nor communicated further with the Court. Accordingly, the complaint is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: February 24, 2016

NATHANAEL M. COUSINS
United States Magistrate Judge